IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES WASHINGTON, | : | CIVIL ACTION |
| | : | NO. 10-2869 |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| JEFFREY BEARD, et al., | : | |
| | : | |
| Respondents. | : | |

## **O R D E R**

**AND NOW**, this **6th** day of **June, 2012**, it is hereby **ORDERED** as follows:

(1) The Report and Recommendation (ECF No. 15) is **APPROVED in part** and **ADOPTED in part**, consistent with the accompanying Memorandum Opinion.

(2) Petitioner's Objections to the Report and Recommendation (ECF No. 18) are **OVERRULED in part** and **SUSTAINED in part**, consistent with the accompanying Memorandum Opinion.

(3) The Petition for a Writ of Habeas Corpus (ECF No. 1) is **GRANTED,** and the Commonwealth of Pennsylvania shall either release or retry Petitioner within 120 days of entry of this Order.

(4) The Clerk of Court shall mark this case **CLOSED.**

**AND IT IS SO ORDERED.**

/s/Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**