```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


JAMES WASHINGTON,                  :    CIVIL ACTION
                                   :    NO. 10-2869
        Petitioner,                :
                                   :
    v.                             :
                                   :
JEFFREY BEARD, et al.,             :
                                   :
        Respondents.               :
```

# **O R D E R**

**AND NOW**, this **6th** day of **July, 2017,** upon consideration of (1) the Court's September 23, 2016, order (ECF No. 49), (2) Petitioner's Petition for a Writ of Mandamus (ECF No. 51), (3) Petitioner's letter requesting the appointment of counsel, and (4) Petitioner's Motion for Enforcement of the Judgment by Decision of the Courts and Request for Disciplinary and Other Proceedings Against the State for Continuous Violations of Ministerial Duties (ECF No. 57), and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that:

      1.   The Petition for a Writ of Mandamus (ECF No. 51) is **DENIED**.

      2.   The Motion for Enforcement of the Judgment by Decision of the Courts and Request for Disciplinary and Other

Proceedings Against the State for Continuous Violations of Ministerial Duties (ECF No. 57) is **DENIED**.

3. Petitioner's request for the appointment of counsel is **DENIED**.

**AND IT IS SO ORDERED.**

**/s/ Eduardo C. Robreno**
**EDUARDO C. ROBRENO, J.**